IDA MULKINS, Appellant, *v.* NELLIE SNOW et al., Respondents.

*Appeal — unanimous affirmance of order granting motion for judgment on pleadings — appeal from judgment entered thereon.*

Reported below, 189 App. Div. 923.

(Argued May 31, 1921; decided June 7, 1921.)

MOTION to dismiss an appeal from a judgment entered November 16, 1920, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department which affirmed an order of Special Term granting a motion for judgment in favor of defendants upon the pleadings.

The motion was made upon the ground that the affirmance by the Appellate Division was unanimous and permission to appeal had not been obtained.

*C. D. Davie* for motion.

*Thomas E. Larkins* opposed.

Motion denied, with ten dollars costs.

---

THE CITY OF NEW YORK, Appellant, *v.* THE NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY, Respondent.

(Submitted May 31, 1921; decided June 7, 1921.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 18.)